# ATTACHMENT

*Headquarters EEO Office*
*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528-0192



**Via Certified Mail:** 7012 2920 0002 1178 2132

March 25, 2021

Dennis McGunagle
1211 13th Street NW, Apt 503
Washington, D.C. 20005

      **Re:**     **Election Letter**
                *EEO Complaint of Dennis McGunagle v. Alejandro N. Mayorkas*
                *Secretary, U.S. Department of Homeland Security*
                DHS Number: HS-HQ-01632-2020

Dear Mr. McGunagle,

Enclosed is a copy of the report of investigation (ROI) for the complaint of discrimination you filed on June 30, 2020, with the U.S. Department of Homeland Security (DHS). Within thirty (30) calendar days after receipt of this correspondence, you have the right to request either:

1. A hearing by an Equal Employment Opportunity Commission (EEOC) Administrative Judge who may conduct a hearing and recommend a decision; or

2. A Final Agency Decision (FAD) without a hearing by DHS.

Please use the enclosed election form when requesting your option and send it to Headquarters Equal Employment Opportunity (HQ EEO) Office at the address or email noted in it. As noted on the election form, if you elect to request a hearing, you must send a copy of the form to the identified EEOC District Office. You should submit your request using EEOC's Public Portal located at https://publicportal.eeoc.gov.

Additionally, you must also notify this Office in writing within thirty (30) calendar days of receipt of this notice or risk forfeiting your rights to a hearing. If we do not receive your written notification that you are requesting a hearing, this Office will automatically forward the ROI to the Office for Civil Rights and Civil Liberties (CRCL) for issuance of a FAD without a hearing.

If you have any questions regarding this correspondence, please contact Rodney Cox, Complaints Program Manager, at (202) 357-6269 or rodney.cox@hq.dhs.gov.

Sincerely,

*Rodney Cox*

(For) John Sim
Director, HQ EEO Office
U.S. Department of Homeland Security

# Election Form

TO:     John Sim
        Director, HQ EEO Office
        U.S. Department of Homeland Security

FROM:   Dennis McGunagle
        1211 13th Street NW, Apt 503
        Washington, D.C. 20005

RE:     *EEO Complaint of Denis McGunagle v. Alejandro N. Mayorkas*
        *Secretary, U.S. Department of Homeland Security*
        DHS Number: HS-HQ-01632-2020

In response to your letter dated March 25, 2021, and within 30 calendar days after receiving the report of investigation in the above-reference case, I am electing the following option:

☒   I am requesting the appointment of a U.S. Equal Employment Opportunity Commission Administrative Judge, pursuant to 29 C.F.R. 1614.108(g), by submitting this election form to:

    **U.S. Equal Employment Opportunity Commission**
    **Washington District Office**
    **131 M Street, NE**
    **Fourth Floor, Suite 4NWO2F**
    **Washington, DC 20507-0100**

☐   I am requesting that the Department of Homeland Security (DHS), Office for Civil Rights and Civil Liberties issue a Final Agency Decision without a hearing based on the existing record.

☐   I am withdrawing my formal complaint because I no longer intend to pursue it and understand that DHS will administratively close the complaint.

I certify that I am also submitting a copy of this election request to DHS at the following address: John Sim, Director, HQ EEO Office, 22707 Martin Luther King Jr Avenue, SE, Mail Stop 0192, Washington, DC 20528-0192, or via fax: (202) 357-1188, or email at: hqeeo@hq.dhs.gov and acknowledge that my failure to do so may result in forfeiting my right to a hearing.

_____           _____
Complainant                                Date

*[signature: Robert C. Sell]*

_____           4/19/2021
Complainant's Representative, if applicable  Date

2